# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **RONALD BRADEN SMITH, #28608078** § | | |
| § | | |
| VS. § | **CIVIL ACTION NO. 4:23cv73** | |
| § | **CRIMINAL ACTION NO. 4:19cr99(1)** | |
| **UNITED STATES OF AMERICA** § | | |

## ORDER OF DISMISSAL

This civil action was referred to a United States Magistrate Judge, who issued a Report and Recommendation (Dkt. #7) containing proposed findings of fact and recommendations for the disposition of such action. Having been presented for consideration, and no objections having been timely filed,[1] the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is **ORDERED** the motion to vacate, set aside, or correct sentence is **DISMISSED** without prejudice for failure to prosecute. It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this 31st day of July, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Report and Recommendation (Dkt. #7) was also returned to the Court, marked "Return to Sender - Attempted - Not Known - Unable to Forward," and "Inmate No Longer at Facility" (Dkt. #8).